UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| AARON L. COX | ) | No. 15-80280 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

## CERTIFICATE OF MAILING

    I, the undersigned, on oath state that on May 25, 2016, I personally mailed the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the persons listed below.

Aaron Cox
1101 Lincoln Street
Rock Falls, IL 61071

RRCA Accounts Management
c/o Attorney Michael Mellott
201 E. Third Street
Sterling, IL 61081

Hammond Henry Hospital
c/o Quad Corporation
2322 E. Kimberly Rd. Suite 215W
Davenport, IA 52807

N.A. Capital One Bank (USA)
P.O. Box 71083
Charlotte, NC 28272-1083

CGH Medical Center
c/o H and R Accounts Inc.
P.O. Box 672
Moline, IL 61265

VIA ECF FILING
Jeffry A. Dahlberg, Esq.
5130 North 2nd Street
Loves Park, IL 61111

VIA ECF Filing
Carole Ryczek, Esq.
United States Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715

                                                      /s/ Katherine M. Elliott

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 FAX
heeg@egblc.com