**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: COX, AARON L.    § Case No. 15-80280
                       §
                       §
                       §
Debtor(s)              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,150.00            Assets Exempt: $2,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,452.50    Claims Discharged
                                              Without Payment: $17,704.62

Total Expenses of Administration: $3,547.50

---

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,547.50 | 3,547.50 | 3,547.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,643.53 | 14,488.59 | 14,488.59 | 6,452.50 |
| **TOTAL DISBURSEMENTS** | $23,643.53 | $18,036.09 | $18,036.09 | $10,000.00 |

    4) This case was originally filed under Chapter 7 on February 05, 2015. The case was pending for 18 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2016     By: /s/MEGAN G. HEEG
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in probate estate | 1249-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 1,787.50 | 1,787.50 | 1,787.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,547.50** | **$3,547.50** | **$3,547.50** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Hammond Henry Hospital | 7100-000 | 75.00 | 75.00 | 75.00 | 33.40 |
| 2 | RRCA Accounts Managment | 7100-000 | 5,000.00 | 5,233.36 | 5,233.36 | 2,330.68 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 293.19 | 293.19 | 130.57 |
| 4 | CGH MEDICAL CENTER | 7100-000 | 8,900.00 | 8,887.04 | 8,887.04 | 3,957.85 |
| NOTFILED | KSB Hospital | 7100-000 | 568.41 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 1,336.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet | 7100-000 | 4,537.14 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank RMS CC | 7100-000 | 1,277.00 | N/A | N/A | 0.00 |
| NOTFILED | RRCA Accounts Managment c/o Attorney Michael Mellott | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection Association | 7100-000 | 621.00 | N/A | N/A | 0.00 |
| NOTFILED | Colonial Finance Company | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Collection Services Two Wells Avenue | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 137.98 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $23,643.53 | $14,488.59 | $14,488.59 | $6,452.50 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80280  
**Case Name:** COX, AARON L.

**Period Ending:** 08/12/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 02/05/15 (f)  
**§341(a) Meeting Date:** 03/13/15  
**Claims Bar Date:** 08/11/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 Pre-Paid Debit Card  Orig. Description: Pre-Paid Debit Card; Imported from original petition Doc# 1 | 150.00 | 150.00 | | 0.00 | FA |
| 2 Misc. household goods and furnishings  Orig. Description: Misc. household goods and furnishings; Imported from original petition Doc# 1 | 1,300.00 | 0.00 | | 0.00 | FA |
| 3 Clothing and personal items  Orig. Description: Clothing and personal items; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4 1992 Chevrolet Cavalier  Orig. Description: 1992 Chevrolet Cavalier; Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5 Interest in probate estate (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 6 TAX REFUNDS (u) | 0.00 | 1,189.00 | | 0.00 | FA |
| **6 Assets Totals** (Excluding unknown values) | **$2,150.00** | **$11,339.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2016      **Current Projected Date Of Final Report (TFR):** April 27, 2016 (Actual)

Printed: 08/12/2016 09:32 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 15-80280 | | **Trustee:** | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| **Case Name:** | COX, AARON L. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3766 - Checking Account |
| **Taxpayer ID #:** | **-***0946 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 08/12/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/11/16 | {5} | Shelley K. Cox | interest in probate estate | 1249-000 | 10,000.00 | | 10,000.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 06/27/16 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $1,750.00, Trustee Compensation; Reference: | 2100-000 | | 1,750.00 | 8,240.00 |
| 06/27/16 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $1,787.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,787.50 | 6,452.50 |
| 06/27/16 | 103 | Hammond Henry Hospital | Dividend paid 44.53% on $75.00; Claim# 1; Filed: $75.00; Reference: | 7100-000 | | 33.40 | 6,419.10 |
| 06/27/16 | 104 | RRCA Accounts Managment | Dividend paid 44.53% on $5,233.36; Claim# 2; Filed: $5,233.36; Reference: | 7100-000 | | 2,330.68 | 4,088.42 |
| 06/27/16 | 105 | Capital One Bank (USA), N.A. | Dividend paid 44.53% on $293.19; Claim# 3; Filed: $293.19; Reference: | 7100-000 | | 130.57 | 3,957.85 |
| 06/27/16 | 106 | CGH MEDICAL CENTER | Dividend paid 44.53% on $8,887.04; Claim# 4; Filed: $8,887.04; Reference: | 7100-000 | | 3,957.85 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,000.00 | 10,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,000.00 | 10,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $10,000.00 | $10,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******3766** | 10,000.00 | 10,000.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |

{} Asset reference(s)

Printed: 08/12/2016 09:32 AM   V.13.28